UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERAMIE HAMSHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE SCOTTS COMPANY, LLC, and EG SYSTEMS, INC.,<br><br>Defendants. | CIVIL ACTION NO. 1:17-cv-4206<br><br>COLLECTIVE ACTION<br>UNDER 29 U.S.C. § 216(b)<br><br>ECF CASE<br><br>JURY TRIAL DEMANDED |

**NOTICE OF MOTION FOR FINAL CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT**

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion for Final Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of FLSA Settlement ("Plaintiff's Motion for Final Approval"), and in the Declaration of Galvin Kennedy in Support of Plaintiff's Motion for Final Approval ("Kennedy Decl."), and the supporting exhibits attached thereto, Plaintiff respectfully request that the Court enter an Order:

(1) granting final certification of the following settlement class under Federal Rule of Civil Procedure 23(a) and (b)(3) for purposes of effectuating the settlement:

> All Territory Service Representatives employed by Defendants in New York who, during any workweek between June 5, 2011 and December 31, 2016, had their overtime pay calculated pursuant to the fluctuating workweek method.

(2) granting final approval of the Settlement Agreement attached as Exhibit 1 to the Legal Memorandum support this Motion;

(3) granting final approval of the FLSA settlement;

1

(4)  dismissing this action with prejudice; and

(4)  granting any other relief that the Court deems just and proper.

*   *   *

Plaintiff has contemporaneously submitted a Proposed Order, attached hereto as Exhibit 1, for the Court's convenience.

Dated: January 16, 2019.

New York, New York.

>Respectfully submitted,
>
>KENNEDY HODGES, L.L.P.
>
>By: /s/ Galvin B. Kennedy
>    Galvin B. Kennedy (admitted *pro hac vice*)
>    gkennedy@kennedyhodges.com
>    Texas State Bar No. 00796870
>    4409 Montrose Blvd., Ste. 200
>    Houston, Texas 77006
>    Telephone: (713) 523-0001
>    Facsimile: (713) 523-1116
>
>*Counsel for Plaintiff and the Settlement Class*

## CERTIFICATE OF CONFERENCE

Defendants are unopposed to this Motion.

>/s/ Galvin B. Kennedy
>Galvin B. Kennedy

## CERTIFICATE OF SERVICE

This is to certify that on January 16, 2020 a copy of the foregoing instrument was served upon all parties via the Court's electronic case filing system.

>/s/ Galvin B. Kennedy
>Galvin B. Kennedy